935 F.2d 268
 Weller (Clifton William III, Clifton William IV, Matthew Charles)
v.
Dept. of Social Services for City of Baltimore, Juvenile
Services Administration, Dept. of Health and Mental Hygiene
for State of Md., Becker (James), Brown (Benjamin), Massinga
(Ruth), Dept. of Human Resources for State of Md., Farrow
(Frank), Musgrove (George), Rosinski (Dorothy), Ritterpusch
(Dee Ann), Williams (Beverly), Cobbs (Carl), Smith (Carl),
McCausey (Michael), Cornish (Herman Ambrose),
 NOS. 91-3006, 91-3027
 United States Court of Appeals,
Fourth Circuit.
 MAY 31, 1991
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.